Jackie BISHOP, a Minor, By and Through Roger BISHOP, Next Friend, and Roger Bishop, Individually, Plaintiffs/Appellants,

v.

Mark MARTIN, Defendant/Respondent.

No. 71070.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 1997.

Heidi L. Leopold, Martin and Malec, St. Louis, for plaintiffs/appellants.

John L. Cook, J. Michael Ponder, Thomasson, Gilbert, Cook, Remley & Maguire, Cape Girardeau, for defendant/respondent.

Before CRANE, P.J., and EDWIN H. SMITH and PUDLOWSKI, JJ.

### MEMORANDUM OPINION

PER CURIAM.

Plaintiffs appeal from a judgment in a personal injury case following a jury verdict for the defendant for injuries sustained by plaintiff Jackie Bishop when she fell from a pick-up driven by defendant. Plaintiffs raise two issues on appeal, neither of which has merit. The verdict is supported by the evidence, no error of law appears, and an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).